UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREG S. GOLDFOGEL,<br><br>Plaintiff,<br><br>v.<br><br>NUMERICA CREDIT UNION, a Washington corporation,<br><br>Defendant. | NO: 2:15-CV-0234-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 18). The motion was submitted for consideration without oral argument. The Court—having reviewed the stipulation and the entire record—is fully informed. The parties have stipulated that this action be dismissed with prejudice and that each party shall bear their own attorneys' fees and costs.

//

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to the parties' stipulation (ECF NO. 18) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is **DISMISSED with prejudice,** each party to bear their own attorneys' fees and costs.

The District Court Clerk is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 3, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2